# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ALBERT ADAMS,** | )<br>) |
| Petitioner, | ) No. CV 09-9196-DSF (RCF)<br>) |
| v. | ) JUDGMENT<br>) |
| **ANTHONY HEDGPETH, Warden,** | )<br>) |
| Respondent. | ) |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: 9/17/12

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE