1

2

3

4

5

6

7

8                         **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11   **ALBERT ADAMS,**                    )
                                          )
12              **Petitioner,**           )        **No. CV 09-9196-DSF (RCF)**
                                          )
13         **v.**                         )        **JUDGMENT**
                                          )
14   **ANTHONY HEDGPETH, Warden,**        )
                                          )
15              **Respondent.**           )
     _____  )

16

17          Pursuant to the Order Accepting Report and Recommendation of United States

18   Magistrate Judge,

19          IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

20               9/17/12

21   DATED: _____

22

23                                                 _____
                                                   DALE S. FISCHER
24                                                 UNITED STATES DISTRICT JUDGE

25

26

27

28